# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:20-cr-00418-SB-1 | Date: | August 27, 2024 |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., United States District Judge** |
| Interpreter: | N/A |

| Lynnie Fahey | CourtSmart | Eric C. Schmale<br>Niall M. O'Donnell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Paul Thropay, M.D. | √ | | √ | Anthony Solis<br>Davina T. Chen | √ | √ | |

**Proceedings:**   MOTION FOR NEW TRIAL [318] AND SENTENCING (Non-Evidentiary)

Defendant's Motion for New Trial is denied.

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, the underlying Indictment ordered dismissed.

|   |   |   |
|---|---|---|
| | 2 : 02 | |
| Initials of Deputy Clerk | LFA | |