United States District Court

for the Central District of California

| | |
|---|---|
| United States of America, | Case No.: 2:20-cr-00418-SB-1 |
| Plaintiff, | |
| v. | Order Authorizing the Filing of A Chapter 11 Bankruptcy on Behalf of Beverly Oncology |
| John Paul Thropay, MD, | |
| Defendant. | |

Good cause shown therefor, it is ordered that:

Dr. Thropay, on behalf of Beverly Oncology & Imaging, Inc., is authorized to initiate a Chapter 11 bankruptcy.

This order does **not** authorize any bankruptcy filing for Dr. Thropay in his individual capacity.

Dated: November __ 2024

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge