# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-CR-00418-MWF-2 |
| v. | |
| PATRICIA INELIA MOREIRA | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

PATRICIA INELIA MOREIRA    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

☒ to substitute  PATRICIA INELIA MOREIRA    who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

7033 Lubao Ave
*Street Address*    pmsalas03@aol.com

Winnetka, CA 91306               *E-Mail Address*
*City, State, Zip*

818-404-3402      747-247-1772
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of  Michael A. Goldstein and Hagop Kuyumjian, attorneys on file
*List **all** attorneys from same firm or agency who are withdrawing.*

Currently for defendant.

**is hereby** ☐ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of  Michael A. Goldstein and Hagop Kuyumjian, Attorneys
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Patricia Inelia Moreira
**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____          _____
                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY