UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   **CR 20-418(A)-MWF**   Date: December 10, 2024

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

Interpreter   Not Applicable

| Rita Sanchez | Not Reported | Eric C. Schmale |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) Patricia Inelia Moreira | Not | | X | 2) Michael A. Goldstein<br>Hagop Kuyumjian | Not | | X |

**Proceedings:**   **(IN CHAMBERS) ORDER DENYING DEFENDANT'S EMERGENCY SEALED MOTION TO DELAY SELF-SURRENDER [485]; ORDER DENYING SUBSTITUTION OF COUNSEL [483]; ORDER DENYING APPLICATION FOR PERMISSION FOR ELECTRONIC FILING [482]**

Before the Court are three documents:

1. An Emergency Sealed Motion to Delay Self-Surrender (the "Self-Surrender Motion"), filed by Defendant Patricia Inelia Moreira without her counsel, on November 25, 2024.  (Docket No. 485).  Defendant sent the Motion by UPS to the Court.  (Docket No. 485, pp. 47-48).
2. An Application for Permission for Electronic Filing (the "E-Filing Application"), filed by Defendant Patricia Inelia Moreira, on November 29, 2024.  (Docket No. 482).
3. A proposed Order on Request for Approval of Substitution or Withdrawal of Attorney (the "Substitution Order"), lodged by Defendant Patricia Inelia Moreira without her counsel, on December 3, 2024.  (Docket No. 483).

Defendant Moreira has been represented throughout these proceedings by retained counsel, Michael A. Goldstein and Hagop Kuyumjian.  (*See* Minutes of Arrest on Indictment, and Designation and Appearance of Counsel, Docket Nos. 57, 60 and 61, filed September 8, 2021).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

The Court has reviewed the documents submitted by Defendant. The Court now **ORDERS** as follows:

<u>THE E-FILING APPLICATION (Docket No. 482)</u>

Because Defendant is represented by counsel, she may not file documents – electronically or manually – in this action. The E-Filing Application is **DENIED**.

<u>THE SUBSTITUTION ORDER (Docket No. 483)</u>

The Substitution Order was lodged without a signed Request for Approval of Substitution of Attorney. Local Criminal Rule 44-1 provides: "An attorney, whether appointed or retained, may not withdraw as counsel except by leave of court. A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. The motion for leave to withdraw must be supported by good cause. Failure of the client to pay agreed compensation is not necessarily sufficient to establish good cause." Here, *counsel* has not filed a request to withdraw and the Court has not held a hearing to establish good cause for such a request. Therefore, the Substitution Order alone is deficient and the Court **ORDERS** it **STRICKEN**.

<u>THE SELF-SURRENDER MOTION (Docket No. 485)</u>

At Ms. Moreira's request, the Self-Surrender Motion was filed under seal. The Court would have sealed it on its own motion because the Presentence Report was attached; the Court **ORDERS** the Self-Surrender Motion to remain sealed.

As stated herein, Ms. Moreira is represented by counsel. The Court will only review motions properly filed by counsel. Therefore, the Self-Surrender Motion is **DENIED without prejudice.** However, the Court **ORDERS** the United States Probation and Pretrial Services Office to investigate and report its findings to the Court regarding a basis, if any, to grant Ms. Moreira an extension of the current self-surrender deadline, January 10, 2025. Those findings shall be provided to all counsel and the Court no later than **DECEMBER 20, 2024**. Unless and until the Court orders otherwise, Ms. Moreira's self-surrender date is **January 10, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Attorneys Goldstein and Kuyumjian are **ORDERED** to *immediately* serve a copy of this Order on Ms. Moreira by email, mail, or in any other manner which will assure the Court that she has received the Order.

IT IS SO ORDERED.

cc: USPPO