Michael A. Goldstein    SBN 183555
GOLDSTEIN LAW GROUP
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  323-461-2000
Facsimile:  323-446-7372
mg@goldsteinlawgroup.com

Hagop Kuyumjian    SBN 259995
THE KUYUMJIAN FIRM, APC
1645 Vine Street, Suite 809
Los Angeles, California 90028
Telephone:  213-785-3207
hk@tkflaw.com

Attorneys for Defendant
PATRICIA INELIA MOREIRA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00418-MWF |
| Plaintiff, | [PROPOSED] ORDER RE: STIPULATED REQUEST FOR CONTINUANCE |
| vs. | |
| PATRICIA INELIA MOREIRA, | **DENIED** |
| Defendant. | BY ORDER OF THE COURT |

The Court, having read and considered the parties' Stipulated Request for Continuance, hereby ORDERS:

1. The request to continue the Defendant's self-surrender date into federal prison in this matter is granted.

- 2 -

2.  The Defendant's self-surrender date currently set for January 10, 2025 shall be continued to _____ at _____.

IT IS SO ORDERED.

**<span style="color:red">DENIED</span>**
BY ORDER OF THE COURT

_____       _____
  DATE                              THE HONORABLE MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE