

**Leonardo Drubach**
leo@9000Law.com

December 23, 2024

To Whom It May Concern

    RE:    **<u>JOHN P. THROPAY, MD</u>**

I have been retained by Dr. John P. Thropay for the purpose of filing a petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code for both him and his corporation, Beverly Oncology & Imaging Medical Group, Inc. ("Beverly Oncology").

After a thorough analysis of Beverly Oncology's financial condition, and diligent attempts at finding a solution, it was determined that the corporation may not be able to successfully reorganize. Therefore, the plan to put the corporation into bankruptcy has been postponed.

However, Dr. Thropay is in a more pressing situation. Dr. Thropay has an estimated tax liability of over 2,000,000 and has recently received a Notice of Intent to Seize from the Internal Revenue Service in the amount of $445,781,76. In addition, Dr. Throrpay recently finished trial in a civil case, ZHAO HUI SHIA and JUN LU vs. RACHEL H. LEW et al (Civil Case no. 21SMCV01145) in which he has a potential liability in excess of $400,000. This is in addition to other liabilities.

For the reasons stated above, Dr. Thropay may be forced to file the petition for bankruptcy in order to protect his rights.

Sincerely,

*[signature]*

Leonardo Drubach

**LD LAW OFFICES**
6442 Coldwater Canyon Ave., Suite 211
North Hollywood, CA 91606

(818) 477-4740
www.9000Law.com