United States District Court

for the Central District of California

| | |
|---|---|
| United States of America, | Case No.: 2:20-cr-00418-SB-1 |
|     Plaintiff, | |
|     v. | Order Authorizing the Filing of Chapter 11 Bankruptcy |
| John Paul Thropay, MD, | |
|     Defendant. | |

    Good cause shown therefor, it is ordered that:

    Defendant John Paul Thropay, MD, is authorized to initiate a Chapter 11 personal bankruptcy.

Dated: January __ 2025

                                          Hon. Stanley Blumenfeld, Jr.
                                          United States District Judge