UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PAUL THROPAY, M.D.,<br><br>    Defendant. | Case No. 2:20-cr-00418-SB-1<br><br>ORDER CLARIFYING OR REVISING BOND CONDITION |

Defendant has requested relief from the bond condition that restricts him from transferring more than $10,000 at one time so that he can file for Chapter 11 bankruptcy. Dkt. No. 491. The government takes no position, which the Court construes as a nonopposition. In the absence of any opposition, the Court grants the request by making the following clarification or revision: Defendant is not prohibited by the referenced bond condition from filing for personal Chapter 11 bankruptcy.

Date: January 9, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1