# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# OFFICE OF THE CLERK OF COURT

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  __2:20−cr−00418−MWF__

Defendant's Name:  __Patricia Inelia Moreira__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __1/10/2025__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __1/16/2025__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

__January 16, 2025__                    By __/s/ *Ingrid Valdes*__
Date                                          Deputy Clerk

CR−86 (11/08)                VERIFICATION OF SURRENDER